IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Martha Harris,                          :

    Plaintiff,                     :

v.                                      :       Case No. 2:11-cv-710

Michael J. Astrue,                      :       JUDGE JAMES L. GRAHAM
Commissioner of Social                          Magistrate Judge Kemp
Security,                               :

    Defendant.                     :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 20, 2012. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is OVERRULED. The Clerk is directed to enter judgment in favor of the defendant Commissioner of Social Security.

    IT IS SO ORDERED.

                                                                       JAMES L. GRAHAM
                                                                       United States District Judge